### (November 12, 1937.)

Dorothy Byer, Respondent, v. Fannie Feldshuh (Also Known as Fanny Feldshuh) and Others, Defendants; Marion Feldshuh (Also Known as Marian Feldshuh), Appellant.— In an action to procure a judicial determination that a deed of real property, absolute on its face, is in fact a mortgage, and for the foreclosure of that mortgage, and a sale of the mortgaged premises to satisfy the amount due for balance of principal and interest, judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

H. Ward Cox, Respondent, v. Fred Nichols, Catherine Nichols and George Lantzounis, Appellants, and Others, Defendants.— Action for a declaratory judgment in respect of rights and legal relations growing out of a conditional sales agreement executed by the plaintiff and defendants Nichols in relation to the sale of the good will, stock and fixtures of a candy shop. Order denying motion of the appealing defendants to dismiss the complaint affirmed, with fifty dollars costs and disbursements, with leave to said defendants to serve an answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

The Dime Savings Bank of Brooklyn, Respondent, v. Eleanore C. West and Another, Defendants, and Philip P. Weisberg, Appellant.— Order granting plaintiff's motion to set aside the sale of certain premises under a judgment of foreclosure and sale; directing the deliverance of a deed to appellant, the purchaser, upon payment of $951.29 in addition to the sum of $4,835, the amount of the original offer; and, if such payments be not made, directing a resale, affirmed, with ten dollars costs and disbursements. (*Wright* v. *Caprarella*, 205 App. Div. 559.) Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.